1  BESS M. BREWER, #100364
   BREWER & MITCHELL, LLP
2  1023 H Street, Suite B5
   Sacramento, CA 95814
3  Telephone: (916) 448-8600
   Facsimile: (916) 448-8605
4
   Attorneys for Plaintiff
5

6

7

8                  **IN THE UNITED STATES DISTRICT COURT**

9                  **EASTERN DISTRICT OF CALIFORNIA**

10  **MAI XIONG**                          )    **Case No. CIV-05-1505 PAN**
                                           )
11                                         )
                                           )
12                                         )
                                           )    **[PROPOSED] STIPULATION AND ORDER**
13         **Plaintiff,**                  )    **EXTENDING PLAINTIFF'S TIME TO**
                                           )    **FILE MEMORANDUM IN SUPPORT**
14  **v.**                                 )    **OF SUMMARY JUDGMENT**
                                           )
15  **JO ANNE B. BARNHART**                )
    **Commissioner of Social Security**    )
16  **of the United States of America,**   )
                                           )
17         **Defendant.**                  )
                                           )
18  ─────────────────────────────         )

19

20         IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the

21  permission of the Court as evidenced below, that the Plaintiff's time to file his summary judgment is

22  hereby extended from its current due date of February 27, 2006 to April 13, 2006.   This extension is

23  required due to his attorney's heavy briefing schedule.

24

25  / / / /

26  / / / /

27  / / / /

28

*Xiong  v. Barnhart,* CIV-S-05-1505 PAN                    1

Dated: February 27, 2006                           BREWER & MITCHELL, LLP

                                                   By: /s/Bess M. Brewer
                                                   BESS M. BREWER
                                                   Attorney at Law

                                                   Attorney for Plaintiff

Dated: February 27, 2006                           McGregor W. Scott
                                                   United States Attorney

                                                   By: /s/Bobbie J. Montoya
                                                   BOBBIE J. MONTOYA
                                                   Assistant U.S. Attorney

                                                   Attorney for Defendant


**ORDER**


APPROVED AND ORDERED.

Dated: March 8, 2006.


_____
UNITED STATES MAGISTRATE JUDGE


*Xiong v. Barnhart,* CIV-S-05-1505 PAN                    2