```
1  BESS M. BREWER, #100364
   BREWER & MITCHELL, LLP
2  1023 H Street, Suite B5
   Sacramento, CA 95814
3  Telephone: (916) 448-8600
   Facsimile: (916) 448-8605
4
   Attorneys for Plaintiff
```

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAI XIONG, <br><br> Plaintiff, <br><br> v. <br><br> JO ANNE B. BARNHART <br> **Commissioner of Social Security** <br> of the United States of America, <br><br> Defendant. | Case No. CIV-05-1505 PAN (JFM) <br><br> **[PROPOSED] STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file his summary judgment is hereby extended from its current due date of April 13, 2006 to April 18, 2006.

/ / / /

/ / / /

/ / / /

*Xiong v. Barnhart,* CIV-S-05-1505 PAN (JFM)          1

| | |
|---|---|
| Dated: April 13, 2006 | BREWER & MITCHELL, LLP |
| | By: /s/Bess M. Brewer<br>BESS M. BREWER<br>Attorney at Law |
| | Attorney for Plaintiff |
| Dated: April 13, 2006 | McGregor W. Scott<br>United States Attorney |
| | By: /s/Bobbie J. Montoya<br>BOBBIE J. MONTOYA<br>Assistant U.S. Attorney |
| | Attorney for Defendant |

**ORDER**

DATED: April 19, 2006.

_____
UNITED STATES MAGISTRATE JUDGE